**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **GISELA ALANIS and AIMEE ALANIS,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **CIVIL ACTION NO. 7:23-CV-00355** |
| **JO-ANN STORES LLC,** | § § § | |
| *Defendant.* | § | |

### DEFENDANT JO-ANN STORES LLC'S NOTICE OF REMOVAL

Defendant, Jo-Ann Stores LLC ("Jo-Ann"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal with respect to Cause No. C-3451-23-I currently pending in the 398th Judicial District Court of Hidalgo County, Texas. In support of this Notice, Jo-Ann respectfully states the following:

1. On August 25, 2023, Plaintiffs Gisela Alanis and Aimee Alanis ("Plaintiffs") filed a Petition entitled *Gisela Alanis and Aimee Alanis v. Jo-Ann Stores LLC*, in the 398th Judicial District Court of Hidalgo County, Texas, Cause No. C-3451-23-I (the "State Court Action"). The Summons was served on Jo-Ann on or about October 5, 2023. Copies of all process, pleadings, and orders filed or served upon Jo-Ann in this action are attached hereto as Exhibits 1-4, pursuant to 28 U.S.C. § 1446(a).

2. Pursuant to Local Civil Rule 81, the following documents are attached as exhibits to this Notice: All executed process in the case, all pleadings, all orders signed by the state judge, the docket sheet, an index of matters being filed, and a list of all counsel of record.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is being filed within thirty (30) days of service upon Defendant of the initial pleading in which a removable claim was asserted.

4. Jo-Ann may remove this action pursuant to 28 U.S.C. §§ 1332 and 1441(b) because complete diversity of citizenship exists between the parties.

5. Plaintiffs are residents of Hidalgo County, Texas and are citizens of Texas for diversity purposes. *See* Exhibit A-1, Petition at ¶ I. Defendant Jo-Ann is a limited liability company whose sole member, Needle Holdings, LLC, is a Delaware limited liability company whose sole member in turn is Jo-Ann, Inc., which is a Delaware corporation. Jo-Ann is a citizen of Delaware for diversity purposes. Accordingly, there is complete diversity between Plaintiffs and Jo-Ann, the only defendant in this lawsuit. Jo-Ann may remove this action pursuant to 28 U.S.C. § 1441 because Jo-Ann is not a citizen of the state of Texas.

6. The amount in controversy requirement is also met. Plaintiffs' Petition demands judgment for damages in the amount of $250,000.00 but not more than $1,000,000.00. Ex. A-1 at ¶ VIII. This amount exceeds the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332. While Defendant denies that Plaintiffs are entitled to any of the damages they seek, the amount in controversy is clearly met.

7. The United States District Court for the Southern District of Texas, McAllen Division, is proper venue for this action under 28 U.S.C. § 1441(a) because it presides over the county in which the state court action was filed (name Hidalgo County, Texas).

8. Jo-Ann will send written notice of the filing of this Notice of Removal on Plaintiffs together with a copy of the Notice of Removal and supporting papers as described in the below

Certificate of Service.  Further, Jo-Ann will promptly file this Notice of Removal with the Clerk of the 398th Judicial District Court of Hidalgo County, Texas, as required by 28 U.S.C. § 1446(d).

9. Plaintiffs demanded a trial by jury in the state court suit.

WHEREFORE, Defendant Jo-Ann Stores LLC states that this action is properly removable and respectfully requests that this action now pending before the 398th Judicial District Court of Hidalgo County, Texas be removed to this Court.

Dated: October 16, 2023.

Respectfully submitted,

*/s/ Angela M. Buchanan*
Angela M. Buchanan
State Bar No. 24059213
PHILLIPS MURRAH P.C.
3710 Rawlins St., Ste. 900
Dallas, Texas 75219
Tel: (469) 485-7341
Facsimile: (214) 434-1370
ambuchanan@phillipsmurrah.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of October, 2023, caused a true and correct copy of the above-referenced document to be served by certified mail, return receipt requested on all counsel of record to the following address:

I. Cecilia Garza
Veronica Sepulveda Martinez
GARZA MARTINEZ, PLLC
202 E. Sprague Street
Edinburg, Texas 78539

*/s/ Angela M. Buchanan*
Angela M. Buchanan