Case 7:23-cv-00355   Document 17   Filed on 08/30/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| **GISELA ALANIS, ET AL,** *Plaintiffs,* | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 7:23-cv-00355** |
| **JO-ANN STORES, LLC,** *Defendant* | § § § | |

## AGREED ORDER ON STIPULATION OF DISMISSAL

Plaintiffs, Gisela Alanis and Aimee Alanis, and Defendant Jo-Ann Stores, LLC d/b/a Joann Fabrics & Crafts, by and through their attorneys of record, have informed the Court that this matter has been resolved. Plaintiffs Gisela Alanis and Aimee Alanis and Defendant have prayed that all of Plaintiffs' causes of action herein be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be Granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that all of Plaintiffs' claims and causes of action against Defendant be dismissed, with prejudice, with all court costs to be taxed against the party incurring same. It is further

ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this case is hereby DENIED.

SO ORDERED August 30, 2024, at McAllen, Texas.

_____
Randy Crane
United States District Judge

Agreed:

*s/ I. Cecilia Garza*
Attorney-in-Charge, Plaintiffs

*s/ Angela M. Buchanan*
Attorney-in-Charge, Defendant